COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER TO HARRIS COUNTY DISTRICT CLERK
TO PREPARE, CERTIFY, AND FILE
SUPPLEMENTAL CLERK'S RECORD**

Appellate case name:         In the Interest of M.S., a Child
Appellate case number:       01-15-00451-CV
Trial court case number:     2014-02671J

Our complete review of the above-referenced appeal requires a supplemental clerk's record including the following documents:

**All temporary orders** signed by the trial court
between May 12, 2014, and May 12, 2015.

This supplemental clerk's record is due to be filed in the First Court of Appeals no later than **September 11, 2015**.

Judge's signature: /s/ Jane Bland
                        Jane Bland, acting individually

Date: August 25, 2015